1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11  **MOLLIE GALE SMITH,**                    )     NO. CV 11-08116-MAN
                                              )
12                   **Plaintiff,**           )
                                              )     JUDGMENT
13             **v.**                         )
                                              )
14  **MICHAEL J. ASTRUE,**                    )
    **Commissioner of Social Security,**      )
15                                            )
                     **Defendant.**           )
16  _____)

17

18        Pursuant to the Court's Memorandum Opinion and Order,

19

20        IT IS ADJUDGED that the decision of the Commissioner of Social

21  Security is reversed, and the cause is remanded for further proceedings

22  consistent with the provisions of the Memorandum Opinion and Order.

23

24  DATED:   August 23, 2012                  *Margaret A. Nagle*

25                                      _____
                                              MARGARET A. NAGLE
26                                      UNITED STATES MAGISTRATE JUDGE

27

28